| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorneys for Defendant
LAQUITA N. SCHINK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:07-cr-0128 LJO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) SENTENCING HEARING |
| v. | ) |
| LAQUITA N. SCHINK, | ) DATE: September 4, 2012 |
| | ) TIME: 8:30 A.M. |
| Defendant. | ) JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for July 30, 2012, **may be continued to September 4, 2012 at 8:30 A.M.**

Defense is requesting this continuance as defense needs additional time to prepare for the sentencing hearing. Because of defense counsel's medical appointment schedule, a meeting with client could not be scheduled until recently. Based on preliminary investigation into the case, defense wishes to explore certain sentencing alternatives and discuss these potential options with the probation officer and the government.

///

///

///

As Ms. Schink has already admitted her violation of supervised release, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 23, 2012   By:   /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: July 23, 2012   By:   /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
LAQUITA N. SCHINK

**O R D E R**

**Good cause has been stated. Granted.**

IT IS SO ORDERED.

**Dated: July 24, 2012**   /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Schink - Stipulation and [Proposed] Order to Continue Sentencing Hearing

2